UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 18 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,       :
                                :
            Plaintiff,           :
                                :
v.                              :    Case Number: 15-CR-004-01
                                :
                                :
ISMAEL ENRIQUE PENALOZA,         :
                                :
            Defendant.           :

**ORDER FOR AUTHORIZATION OF EXPERT SERVICES**
(Translation/Interpreter Services)

This matter is before the court on a Motion filed by ISMAEL ENRIQUE PENALOZA, through court appointed counsel. He is requesting advance authorization of payment of services; pursuant to the Criminal Justice Act 18 USC §3006A for translation of a plea agreement by an official court appointed translator/interpreter. Counsel has represented that Mr. Penaloza does not speak English and that a translation of these documents will cost less than two thousand dollars ($2,000.00), but more than the eight-hundred dollar ($800.00) statutory cap.

IT APPEARS TO THE COURT, that GOOD CAUSE has been shown for the relief requested and that the estimated cost is reasonable. WHEREFORE, IT IS ORDERED that the Motion is hereby GRANTED and that compensation for translation services related to the plea agreement is approved up to and no more than two thousand ($2,000.00) dollars.

_____
United States District Judge

Date: 7/18/19