# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 15-cr-4 (EGS) |
| ) | |
| v. ) | |
| ) | |
| ISMAEL ENRIQUE PENALOZA, ) | |
| also known as "Ismael," "Poter," ) | |
| and "El Gordo," ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

The United States of America, by and through the undersigned counsel, and Defendant Ismael Enrique Penaloza, through counsel, jointly submit to the Court a Status Report regarding the sentencing recommendation of the U.S. Probation Office in anticipation of the sentencing hearing in the above-captioned matter.

1. On September 4, 2019, the Court ordered the parties to file a joint status report informing the Court whether the parties object to the disclosure to the parties of the sentencing recommendation of the U.S. Probation Office.

2. The parties conferred on September 9, 2019 regarding the Court's order.

3. Neither party objects to disclosure of the sentencing recommendation of the U.S. Probation Office.

Executed this 11th day of September, 2019.

                                            Respectfully submitted,

                                            ARTHUR WYATT, Chief
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            U.S. Department of Justice

By:   _/s/_____
   Kirtland Marsh
   Michael Christin
   Trial Attorneys
   Narcotic and Dangerous Drug Section
   Criminal Division
   U.S. Department of Justice
   145 N Street, NE
   Washington, D.C. 20530
   (202) 514-0917

   _/s/_____ (by permission)_
   Anthony D. Martin
   Anthony D. Martin, PC
   Greenway Center Office Park
   747 Greenway Center Drive, Ste. 150
   Greenbelt, MD 20770
   (301) 220-3700